James A McKee
PO BOX 1025
Boulder, CO 80306

Plaintiff


UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

James A McKee,                          ) CASE NO. 16-CV-00593
          Plaintiff,                    )
                                        ) PLAINTIFFS MOTION TO VOLUNTARILY
          Vs.                           ) DISMISS WITH PREJUDICE
                                        )
loanDepot.Com, LLC.                     )
                                        )
          Defendant.                    )
                                        )
------------------------------------)--------------------------


James McKee, Plaintiff, known herein as "McKee" hereby moves to

voluntarily dismiss McKee's complaint (Case no. 16-CV-00593), with

prejudice as asserted against loanDepot.Com, LLC. ("loanDepot") known

herein as the "Defendant" because all matters in controversy have been

settled to the satisfaction of the Plaintiff through a private,

executed settlement agreement.


Accordingly, it is in the best interest of McKee and the Defendant not

to exhaust judicial resources on the lawsuit and instead, allow this

matter to be dismissed with prejudice.

Therefore, McKee respectfully requests a voluntary dismissal of his complaint, with prejudice. *See also* Proposed Order of Dismissal, attached hereto as exhibit 1.

Respectfully Submitted,

Dated: May 15, 2016

/s/ James McKee

James McKee, Plaintiff

PO BOX 1025

Boulder, CO 80306

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing Motion was filed using the Court's electronic case filing system this 15th day of May, 2016, which results in service on all counsel of record registered on the case management/electronic case filing ("CM/ECF") system.

*/s/ James McKee*

James McKee